1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
9                                   AT SEATTLE

10   ZY'ANDREA TUCKER,

11                          Plaintiff,              CASE NO. C25-0655-JNW

12          v.                                      REPORT AND RECOMMENDATION

13   WASHINGTON STATE DEPARTMENT
     OF CHILDREN, YOUTH, AND
     FAMILIES, et al.,
14
                            Defendants.
15

16          Plaintiff Zy'Andrea Tucker filed an application to proceed *in forma pauperis* (IFP) in this

17   civil matter.  Dkt. 1.  However, the application was deficient.  For example, Plaintiff identified

18   her only source of money as "FAFSA" and stated she receives "n/a"  per month, stated that she

19   contributes "arm/leg" towards support for her dependents, described her monthly expenses as

20   "all" and totaling "n/a" per month, and wrote "poor" as the explanation for why she cannot pay

21   court fees or costs.

22          By Order dated April 16, 2025, the Court directed Plaintiff to file an amended IFP

23   application within twenty days of the date of the Order.  Dkt. 3.  The Court specifically directed

24

1  Plaintiff to provide complete and detailed information as to her financial status and, if she has no

2  means of support, to explain how she is able to meet basic monthly expenses, including food and

3  shelter.  The Order noted that failure to comply may result in denial of IFP and/or dismissal of

4  this case.

5       To date, the Court has not received a response to its Order or a revised IFP application

6  from Plaintiff.  Accordingly, the Court recommends Plaintiff's motion to proceed IFP, Dkt. 1, be

7  DENIED.  This action should proceed only if Plaintiff pays the $405 filing fee within **thirty (30)**

8  **days** after entry of the Court's Order adopting this Report and Recommendation.  If no filing fee

9  is paid within thirty days of the Court's Order, the Clerk should close the file.

10      Objections to this Report and Recommendation, if any, should be filed with the Clerk and

11 served upon all parties to this suit not later than **fourteen (14) days** from the date on which this

12 Report and Recommendation is signed.  Failure to file objections within the specified time may

13 affect your right to appeal.  Objections should be noted for consideration on the District Judge's

14 motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may

15 be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be

16 ready for consideration by the District Judge on **June 4, 2025**.

17      Dated this 20th day of May, 2025.

19

20 S. KATE VAUGHAN
   United States Magistrate Judge

REPORT AND RECOMMENDATION - 2